UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) ZHENXING WANG,<br>   a/k/a "Danny Wang"<br>(2) JING BIN HUANG,<br>   a/k/a "靖斌 黄"<br>(3) BAOYU ZHOU,<br>   a/k/a "周宝玉"<br>(4) TONG YUZE,<br>   a/k/a "佟雨泽"<br>(5) YONGZHE XU,<br>   a/k/a "徐勇哲"<br>   a/k/a "يونجزهي أكسو"<br>(6) ZIYOU YUAN,<br>   a/k/a "زيو"<br>(7) ZHENBANG ZHOU,<br>   a/k/a "周震邦"<br>(8) MENGTING LIU, and<br>   a/k/a "劉 孟婷"<br>(9) ENCHIA LIU,<br>   a/k/a "刘恩嘉"<br><br>            Defendants. | Criminal No. 25-cr-10273-NMG<br><br>Violations:<br><br>Count One: Conspiracy to Commit<br>Wire and Mail Fraud<br>(18 U.S.C. § 1349)<br><br>Count Two: Money Laundering Conspiracy<br>(18 U.S.C. § 1956(h))<br><br>Count Three: Conspiracy to Commit<br>Identity Theft<br>(18 U.S.C. §§ 1028(a)(7) and (f))<br><br>Count Four: Conspiracy to Damage<br>a Protected Computer<br>(18 U.S.C. § 371)<br><br>Count Five: Conspiracy to Violate the<br>International Emergency Economic Powers Act<br>(50 U.S.C. §§ 1705(a) and (c))<br><br>Forfeiture Allegations:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.<br>§ 2461(c); 18 U.S.C. §§ 981(a)(1) and (a)(2)(B),<br>1028(b)(5), 1030(i); and 19 U.S.C. § 1595a(d)) |

## NOTICE OF APPEARANCE

The United States of America, through its undersigned Trial Attorney, respectfully submits this Notice of Appearance, requesting that Trial Attorney Gregory Jon Nicosia, Jr. be informed of all future filings in the above-captioned case.

                Respectfully submitted,

                JOHN A. EISENBERG
                ASSISTANT ATTORNEY GENERAL
                NATIONAL SECURITY DIVISION

By:    */s/ Gregory J. Nicosia, Jr.*
            GREGORY JON NICOSIA, JR.
            DC Bar No. 1033923
            Trial Attorney
            National Security Division
            950 Pennsylvania Avenue, NW
            Washington, DC 20530
            (202) 353-4273
            Gregory.Nicosia@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on July 18, 2025 with the Clerk via CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              */s/ Gregory J. Nicosia, Jr.*
                                              GREGORY JON NICOSIA, JR.
                                              Trial Attorney
                                              National Security Division